# NO. 12-18-00176-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF R.M.M.,* | § | *APPEAL FROM THE 273RD* |
| | § | *JUDICIAL DISTRICT COURT* |
| *A CHILD* | § | *SHELBY COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants have filed a motion to withdraw this appeal. No decision has been delivered in this appeal. Accordingly, Appellants' motion to withdraw is granted, and the appeal is *dismissed*. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered July 18, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 18, 2018**

**NO. 12-18-00176-CV**

**IN THE INTEREST OF R.M.M., A CHILD**

Appeal from the 273rd District Court
of Shelby County, Texas (Tr.Ct.No. 17CV33973)

THIS CAUSE came on to be heard on the motion of the Appellants to withdraw the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to withdraw be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*